AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

E-filing

CV 08

3004

Craig Yates, et al.

Plaintiff

v.

Franklin Arden LLC, et al.

Defendant

Civil Action No.

**Summons in a Civil Action**

*EDL*

To: See service list attached

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas E. Frankovich
Thomas E. Frankovich, APLC
2806 Van Ness Avenue
San Francisco, CA 94109 / Telephone: 415-674-8600

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JUN 1 8 2008**

Date: _____

Richard W. Wieking

Name of clerk of court

Helen L. Almacen

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  _____.

Date: _____

Server's signature

Printed name and title

Server's address

ORIGINAL

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11  CRAIG YATES, an individual; and        )   **CASE NO.**
    DISABILITY RIGHTS, ENFORCEMENT, )        **Civil Rights**
12  EDUCATION, SERVICES:HELPING YOU)
    HELP OTHERS, a California public benefit )  **COMPLAINT FOR INJUNCTIVE RELIEF**
13  corporation,                           )   **AND DAMAGES:**
                                           )
14          Plaintiffs,                    )   **1st CAUSE OF ACTION:** For Denial of Access
                                           )   by a Public Accommodation in Violation of the
15  v.                                     )   Americans with Disabilities Act of 1990 (42
                                           )   U.S.C. §12101, *et seq.*)
16  FRANKLIN ARDEN LLC, dba                )
    GRAVENSTEIN BUSINESS CENTER,           )   **2nd CAUSE OF ACTION:** For Denial of Full
17                                         )   and Equal Access in Violation of California
            Defendant.                     )   Civil Code §§54, 54.1 and 54.3
18  _____)
                                               **3rd CAUSE OF ACTION:** For Denial of
19                                             Accessible Sanitary Facilities in Violation of
                                               California Health & Safety Code §19955, *et seq.*
20
                                               **4th CAUSE OF ACTION:** For Denial of
21                                             Access to Full and Equal Accommodations,
                                               Advantages, Facilities, Privileges and/or
22                                             Services in Violation of California Civil Code
                                               §51, *et seq.* (The Unruh Civil Rights Act)
23

24

25                                             **DEMAND FOR JURY**

26

27

28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SERVICE LIST

## Craig Yates, et al. v. Franklin Arden LLC, et al.
Case no.

Dale W. McKenzie, Agent
Franklin Arden LLC
1408 4th Street, Suite 34
San Rafael, CA 94901