1  Richard E. Morton (Bar No. 54188)
   David W. Evans (Bar No. 79466)
2  Nairi Chakalian (Bar No. 212976)
   HAIGHT BROWN & BONESTEEL LLP
3  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
4  Telephone: 415.546.7500
   Facsimile: 415.546.7505
5
   Attorneys for Defendant
6  FRANKLIN ARDEN, LLC. dba GRAVENSTEIN
   BUSINESS CENTER
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CRAIG YATES, an individual; and        )   Case No. CV 08 3004 EDL
    DISABILITY RIGHTS ENFORCEMENT, )
12  EDUCATION, SERVICES; HELPING      )       **ANSWER TO COMPLAINT**
    YOU HELP OTHERS, a California public )
13  benefit corporation,                  )   Complaint Filed:   December 28, 2007
                                          )
14            Plaintiffs,                 )
                                          )
15       vs.                              )
                                          )
16  FRANKLIN ARDEN, LLC. dba              )
    GRAVENSTEIN BUSINESS CENTER,          )
17                                        )
              Defendant.                  )
18  _____)

19       **COMES NOW**, Defendant FRANKLIN ARDEN, LLC. dba GRAVENSTEIN

20  BUSINESS CENTER, and in responding to plaintiffs' complaint herein, admits, denies

21  and alleges as follows:

22       1.     In response to Paragraph 1, this responding Defendant lacks sufficient

23  information and belief to either admit or deny the allegations contained within this

24  paragraph, and based upon said lack of information and belief, denies the allegations

25  contained therein.

26       2.     In response to Paragraph 2, this responding Defendant denies the allegations

27  contained within this paragraph.

28       3.     In response to Paragraph 3, this responding Defendant admits the allegations

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

1
Case No.  CV 08 3004 EDL
ANSWER TO COMPLAINT

1    contained within this paragraph.

2        4.      In response to Paragraph 4, this responding Defendant admits the allegations

3    contained within this paragraph.

4        5.      In response to Paragraph 5, this responding Defendant lacks sufficient

5    information and belief to either admit or deny the allegations contained within this

6    paragraph, and based upon said lack of information and belief, denies the allegations

7    contained therein.

8        6.      In response to Paragraph 6, this responding Defendant lacks sufficient

9    information and belief to either admit or deny the allegations contained within this

10    paragraph, and based upon said lack of information and belief, denies the allegations

11    contained therein.

12        7.      In response to Paragraph 7, this responding Defendant lacks sufficient

13    information and belief to either admit or deny the allegations contained within this

14    paragraph, and based upon said lack of information and belief, denies the allegations

15    contained therein.

16        8.      In response to Paragraph 8, this responding Defendant admits only that it has

17    a 90 percent interest in said property.

18        9.      In response to Paragraph 9, this responding Defendant admits only that it has

19    a 90 percent interest in said property. In all other respects, this responding Defendant

20    admits the allegations contained within this paragraph.

21        10.      In response to Paragraph 10, this responding Defendant lacks sufficient

22    information and belief to either admit or deny the allegations contained within this

23    paragraph, and based upon said lack of information and belief, denies the allegations

24    contained therein.

25        11.      In response to Paragraph 11, this responding Defendant admits that Good To

26    Go Military Surplus is a tenant at 7950 Redwood Drive #2, Cotati, California and admits

27    those allegations contained within lines 12 through 19 but denies that the following

28    companies are currently located at the Gravenstein Business Center: Asiana Video,

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

Case No. CV 08 3004 EDL
ANSWER TO COMPLAINT

1  Defenite Impressions, Fairfax French Cleaners, Montana Hawk Shooting Range, Scott,
2  McDougall & Associates and Studio FX.    This responding Defendant denies the
3  allegations contained at line 19 beginning with the word "on" through the balance of that
4  paragraph.

5       12.     In response to Paragraph 12, this responding Defendant lacks sufficient
6  information and belief to either admit or deny the allegations contained within this
7  paragraph, and based upon said lack of information and belief, denies the allegations
8  contained therein.

9       13.     In response to Paragraph 13, this responding Defendant denies the
10  allegations contained within this paragraph.

11       14.     In response to Paragraph 14, this responding Defendant lacks sufficient
12  information and belief to either admit or deny the allegations contained within this
13  paragraph, and based upon said lack of information and belief, denies the allegations
14  contained therein.

15       15.     In response to Paragraph 15, this responding Defendant lacks sufficient
16  information and belief to either admit or deny the allegations contained within this
17  paragraph, and based upon said lack of information and belief, denies the allegations
18  contained therein.

19       16.     In response to Paragraph 16, this responding Defendant lacks sufficient
20  information and belief to either admit or deny the allegations contained within this
21  paragraph, and based upon said lack of information and belief, denies the allegations
22  contained therein.

23       17.     In response to Paragraph 17, this responding Defendant lacks sufficient
24  information and belief to either admit or deny the allegations contained within this
25  paragraph, and based upon said lack of information and belief, denies the allegations
26  contained therein.

27       18.     In response to Paragraph 18, this responding Defendant lacks sufficient
28  information and belief to either admit or deny the allegations contained within this

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

3

Case No.  CV 08 3004 EDL
ANSWER TO COMPLAINT

1  paragraph, and based upon said lack of information and belief, denies the allegations
2  contained therein.

3  　　　19.　　In response to Paragraph 19, this responding Defendant lacks sufficient
4  information and belief to either admit or deny the allegations contained within this
5  paragraph, and based upon said lack of information and belief, denies the allegations
6  contained therein.

7  　　　20.　　In response to Paragraph 20, this responding Defendant lacks sufficient
8  information and belief to either admit or deny the allegations contained within this
9  paragraph, and based upon said lack of information and belief, denies the allegations
10  contained therein.

11  　　　21.　　In response to Paragraph 21, this responding Defendant lacks sufficient
12  information and belief to either admit or deny the allegations contained within this
13  paragraph, and based upon said lack of information and belief, denies the allegations
14  contained therein.

15  　　　22.　　In response to Paragraph 22, this responding Defendant lacks sufficient
16  information and belief to either admit or deny the allegations contained within this
17  paragraph, and based upon said lack of information and belief, denies the allegations
18  contained therein.

19  　　　23.　　In response to Paragraph 23, this responding Defendant lacks sufficient
20  information and belief to either admit or deny the allegations contained within this
21  paragraph, and based upon said lack of information and belief, denies the allegations
22  contained therein.

23  　　　24.　　In response to Paragraph 24, this responding Defendant lacks sufficient
24  information and belief to either admit or deny the allegations contained within this
25  paragraph, and based upon said lack of information and belief, denies the allegations
26  contained therein.

27  　　　25.　　In response to Paragraph 25, this responding Defendant lacks sufficient
28  information and belief to either admit or deny the allegations contained within this

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

4

Case No. CV 08 3004 EDL
ANSWER TO COMPLAINT

1 | paragraph, and based upon said lack of information and belief, denies the allegations
2 | contained therein.

3 |     26.    In response to Paragraph 26, this responding Defendant lacks sufficient
4 | information and belief to either admit or deny the allegations contained within this
5 | paragraph, and based upon said lack of information and belief, denies the allegations
6 | contained therein.

7 |     27.    In response to Paragraph 27, this responding Defendant denies the
8 | allegations contained within this paragraph.

9 |     28.    In response to Paragraph 28, this responding Defendant lacks sufficient
10 | information and belief to either admit or deny the allegations contained within this
11 | paragraph, and based upon said lack of information and belief, denies the allegations
12 | contained therein.

13 |     29.    In response to Paragraph 29, this responding Defendant denies the
14 | allegations contained within this paragraph.

15 |     30.    In response to Paragraph 30, this responding Defendant denies the
16 | allegations contained within this paragraph.

17 |     31.    In response to Paragraph 31, this responding Defendant denies the
18 | allegations contained within this paragraph.

19 |     32.    In response to Paragraph 32, this responding Defendant denies the
20 | allegations contained within this paragraph.

21 |     33.    In response to Paragraph 33, this responding Defendant denies the
22 | allegations contained within this paragraph.

23 |     34.    In response to Paragraph 34, this responding Defendant denies the
24 | allegations contained within this paragraph.

25 |     35.    In response to Paragraph 35, this responding Defendant denies the
26 | allegations contained within this paragraph.

27 |     36.    In response to Paragraph 36, this responding Defendant lacks sufficient
28 | information and belief to either admit or deny the allegations contained within this

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

Case No. CV 08 3004 EDL
ANSWER TO COMPLAINT

1  paragraph, and based upon said lack of information and belief, denies the allegations
2  contained therein.

3      37.    In response to Paragraph 37, this responding Defendant denies the
4  allegations contained within this paragraph.

5      38.    In response to Paragraph 38, this responding Defendant denies the
6  allegations contained within this paragraph.

7      39.    In response to Paragraph 39, this responding Defendant denies the
8  allegations contained within this paragraph.

9      40.    In response to Paragraph 40, this responding Defendant denies the
10  allegations contained within this paragraph.

11      41.    In response to Paragraph 41, this responding Defendant denies the
12  allegations contained within this paragraph.

13      42.    In response to Paragraph 42, this responding Defendant denies the
14  allegations contained within this paragraph.

15      43.    In response to Paragraph 43, this responding Defendant lacks sufficient
16  information and belief to either admit or deny the allegations contained within this
17  paragraph, and based upon said lack of information and belief, denies the allegations
18  contained therein.

19      44.    In response to Paragraph 44, this responding Defendant repleads and
20  incorporates by reference, as if fully set forth again herein, the responses contained in
21  Paragraphs 1 through 43 of this answer.

22      45.    In response to Paragraph 45, this responding Defendant admits the
23  allegations contained within this paragraph.

24      46.    In response to Paragraph 46, this responding Defendant admits the
25  allegations contained within this paragraph.

26      47.    In response to Paragraph 47, this responding Defendant admits the
27  allegations contained within this paragraph.

28  ///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

6

Case No. CV 08 3004 EDL
ANSWER TO COMPLAINT

48.     In response to Paragraph 48, this responding Defendant admits the allegations contained within this paragraph.

49.     In response to Paragraph 49, this responding Defendant admits that there are specific prohibitions against discrimination set forth in § 302(b)(2)(a) and 42 U.S.C. § 12182(b)(2)(a).   In all other respects, this responding Defendant denies allegations contained within said paragraph.

50.     In response to Paragraph 50, this responding Defendant denies the allegations contained within this paragraph.

51.     In response to Paragraph 51, this responding Defendant denies the allegations contained within this paragraph.

52.     In response to Paragraph 52, this responding Defendant denies the allegations contained within this paragraph.

53.     In response to Paragraph 53, this responding Defendant denies the allegations contained within this paragraph.

54.     In response to Paragraph 54, this responding Defendant denies the allegations contained within this paragraph.

55.     In response to Paragraph 55, this responding Defendant denies the allegations contained within this paragraph.

56.     In response to Paragraph 56, this responding Defendant repleads and incorporates by reference, as if fully set forth again herein, the responses contained in Paragraphs 1 through 55 of this answer.

57.     In response to Paragraph 57, this responding Defendant admits the allegations contained within this paragraph.

58.     In response to Paragraph 58, this responding Defendant admits the allegations contained within this paragraph.

59.     In response to Paragraph 59, this responding Defendant admits the allegations contained within this paragraph.

///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

Case No.  CV 08 3004 EDL
ANSWER TO COMPLAINT

1    60.    In response to Paragraph 60, this responding Defendant denies the
2    allegations contained within this paragraph.

3    61.    In response to Paragraph 61, this responding Defendant denies the
4    allegations contained within this paragraph.

5    62.    In response to Paragraph 62, this responding Defendant denies the
6    allegations contained within this paragraph.

7    63.    In response to Paragraph 63, this responding Defendant denies the
8    allegations contained within this paragraph.

9    64.    In response to Paragraph 64, this responding Defendant denies the
10   allegations contained within this paragraph.

11   65.    In response to Paragraph 65, this responding Defendant denies the
12   allegations contained within this paragraph.

13   66.    In response to Paragraph 66, this responding Defendant repleads and
14   incorporates by reference, as if fully set forth again herein, the responses contained in
15   Paragraphs 1 through 65 of this answer.

16   67.    In response to Paragraph 67, this responding Defendant admits the
17   allegations contained within this paragraph.

18   68.    In response to Paragraph 68, this responding Defendant denies the
19   allegations contained within this paragraph.

20   69.    In response to Paragraph 69, this responding Defendant denies the
21   allegations contained within this paragraph.

22   70.    In response to Paragraph 70, this responding Defendant lacks sufficient
23   information and belief to either admit or deny the allegations contained within this
24   paragraph, and based upon said lack of information and belief, denies the allegations
25   contained therein.

26   71.    In response to Paragraph 71, this responding Defendant denies the
27   allegations contained within this paragraph.

28   ///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

8

Case No.  CV 08 3004 EDL
ANSWER TO COMPLAINT

1    72.    In response to Paragraph 72, this responding Defendant denies the
2    allegations contained within this paragraph.

3    73.    In response to Paragraph 73, this responding Defendant lacks sufficient
4    information and belief to either admit or deny the allegations contained within this
5    paragraph, and based upon said lack of information and belief, denies the allegations
6    contained therein.

7    74.    In response to Paragraph 74, this responding Defendant repleads and
8    incorporates by reference, as if fully set forth again herein, the responses contained in
9    Paragraphs 1 through 73 of this answer.

10    75.    In response to Paragraph 75, this responding Defendant lacks sufficient
11    information and belief to either admit or deny the allegations contained within lines 12
12    through 15 of that paragraph and, based upon such lack of information and belief, denies
13    those allegations. This responding Defendant admits that § 51 of the Civil Code provides
14    as alleged in said paragraph. This responding party denies the allegations contained within
15    said paragraph commencing at line 7 through line 11 on page 23.

16    76.    In responding to Paragraph 76, this responding Defendant denies the
17    allegations contained within this paragraph.

18    77.    In response to Paragraph 77, this responding Defendant denies the
19    allegations contained within this paragraph.

20    78.    In response to Paragraph 78, this responding Defendant denies the
21    allegations contained within this paragraph.

22    79.    In response to Paragraph 79, this responding Defendant denies the
23    allegations contained within this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

80.    Plaintiffs' Complaint fails to state a claim against Defendant upon which
relief can be granted.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

Case No. CV 08 3004 EDL
ANSWER TO COMPLAINT

**SECOND AFFIRMATIVE DEFENSE**

81.    The Complaint on file herein, and each purported claim for relief stated therein, is barred by the applicable statutes of limitation of the State of California, including but not limited to California *Code of Civil Procedure* Sections 338 and 340, and California Business and Professions Code Section 17208.

**THIRD AFFIRMATIVE DEFENSE**

82.    Plaintiffs have failed to mitigate their damages and injuries, if any, and such failure to mitigate their proximately caused the alleged damages and injuries, if any.

**FOURTH AFFIRMATIVE DEFENSE**

83.    Plaintiffs, in connection with any and all of the transactions or allegations which are the subject of their Complaint on file herein, have not suffered and will not suffer any damages by reason of the alleged acts or omissions of this answering Defendant, and therefore Plaintiffs have no valid claims against this answering Defendant.

**FIFTH AFFIRMATIVE DEFENSE**

84.    All events, happenings, injuries, and damages referred to in Plaintiffs' Complaint on file herein, were proximately caused by the negligence and/or fault of plaintiffs and/or other firms, persons, corporations, or entities other than this answering Defendant, or over whom this answering Defendant exercised no jurisdiction or control, and for whose conduct this answering Defendant are not responsible or liable; therefore, if there is found to be any fault on the part of this answering Defendant which in any manner or degree contributed to Plaintiffs' alleged injuries and damages, if any, a finding should be made apportioning and affixing the comparative fault of any and all such persons or parties, whether named in this action or otherwise.

**SIXTH AFFIRMATIVE DEFENSE**

85.    The claims for relief alleged in plaintiffs' Complaint on file herein are barred by reason of the fact that Plaintiffs, upon being fully informed of the acts and events of which they now complain, ratified and affirmed all conduct with respect to those acts and events, and therefore, Plaintiffs have waived all such claims and are estopped from

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

10

Case No. CV 08 3004 EDL
ANSWER TO COMPLAINT

asserting the same against this answering Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

86.    Plaintiffs are barred from recovery herein by reason of the fact that Plaintiffs voluntarily and knowingly entered into and engaged in the transactions and conduct alleged in the Complaint on file herein and voluntarily and knowingly assumed all risk relating to said transactions and conduct at the times and places mentioned in the Complaint on file herein and prior thereto.

### EIGHTH AFFIRMATIVE DEFENSE

87.    Defendant alleges, upon information and belief, that any act or omission on their part made the basis of any purported claim, was excused as it would have fundamentally altered the nature of the services offered at 7950 Redwood Drive, Cotati, California.

### NINTH AFFIRMATIVE DEFENSE

88.    Defendant alleges, upon information and belief, that any act or omission on their part made the basis of any purported claim, was excused as the removal of the barriers described herein, if any, was not readily achievable.

### TENTH AFFIRMATIVE DEFENSE

89.    Defendant alleges, upon information and belief, that any act or omission on their part made a basis of any purported claim, was excused as a result of structural impracticability.

### ELEVENTH AFFIRMATIVE DEFENSE

90.    Defendant alleges, on information and belief, that some or all of Plaintiffs' claims may be barred, in whole or in part, by the doctrines of *laches,* waiver, estoppel, unclean hands, or other equitable doctrines.

### TWELFTH AFFIRMATIVE DEFENSE

91.    Plaintiffs are barred from recovery by reason that, at all times indicated in the Complaint on file herein, this answering Defendant provided reasonable accommodations to handicapped individuals and exercised due diligence in their acts and

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

11

Case No. CV 08 3004 EDL
ANSWER TO COMPLAINT

1  activities.

2                    **THIRTEENTH AFFIRMATIVE DEFENSE**

3        92.    Defendant alleges, upon information and belief, that given the work

4  requested by Plaintiffs, Defendant's conduct was excused as a result of the undue burden

5  of constructing the requested work at 7950 Redwood Drive, Cotati, California.

6                    **FOURTEENTH AFFIRMATIVE DEFENSE**

7        93.    Defendant alleges, upon information and belief, that the Complaint on file

8  herein is improperly pled, in that it is more properly brought as a class action lawsuit, not

9  as an individual action.

10                    **FIFTEENTH AFFIRMATIVE DEFENSE**

11        94.    Defendant alleges, upon information and belief, that Plaintiffs are not the

12  proper representatives to represent the interests of the general public or those of the

13  disabled public.

14                    **SIXTEENTH AFFIRMATIVE DEFENSE**

15        95.    Plaintiffs are barred from recovery by reason of the fact that they improperly

16  seek monetary damages and are seeking fluid fund recovery in violation of the law.

17                    **SEVENTEENTH AFFIRMATIVE DEFENSE**

18        96.    Plaintiffs are barred from recovery of attorneys' fees as they are not a proper

19  form of relief in this action as Plaintiffs are not acting in the interests of, or on behalf of,

20  any public interest group.

21        **WHEREFORE**, Defendant requests that the Court enter a judgment:

22        a)    Dismissing Plaintiffs' Complaint against Defendant with prejudice;

23        b)    Declaring that Defendant has no obligation to perform additional work at

24              7950 Redwood Drive, Cotati, California.;

25  ///

26  ///

27  ///

28  ///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

12

Case No. CV 08 3004 EDL
ANSWER TO COMPLAINT

c)   Awarding Defendant his attorneys' fees, costs and disbursements; and
awarding such other and further relief to Defendant as the Court deems just,
equitable and proper.

Dated:  August 4, 2008                    HAIGHT BROWN & BONESTEEL LLP

By: *Nairi Chakalian*
Nairi Chakalian
Attorneys for Defendant
FRANKLIN ARDEN, LLC. dba
GRAVENSTEIN BUSINESS CENTER

## DEMAND FOR JURY TRIAL

Defendant Franklin Arden, LLC. dba Gravenstein Business Center demands trial by jury.

Dated:  August 4, 2008                    HAIGHT BROWN & BONESTEEL LLP

By: *Nairi Chakalian*
Nairi Chakalian
Attorneys for Defendant
FRANKLIN ARDEN, LLC. dba
GRAVENSTEIN BUSINESS CENTER

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3425382.1

Case No.  CV 08 3004 EDL
ANSWER TO COMPLAINT