1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
    CRAIG YATES and
6  DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION, SERVICES: HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANKLIN ARDEN LLC, dba GRAVENSTEIN BUSINESS CENTER,<br><br>    Defendant. | CASE NO. CV-08-3004-EDL<br><br>**RETURN OF SERVICE RE DEFENDANT FRANKLIN ARDEN LLC, dba GRAVENSTEIN BUSINESS CENTER** |

RETURN OF SERVICE RE DEFENDANT FRANKLIN ARDEN LLC, dba GRAVENSTEIN BUSINESS CENTER

1

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS FRANKOVICH<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>*Telephone No:* 415-674-8600    *FAX No:* 415-674-9900 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | *Ref No. or File No.:*<br>GRAVENSTEIN BUSINESS | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | | | |
| *Plaintiff:* CRAIG YATES, et al. | | | | |
| *Defendant:* FRANKLIN ARDEN LLC, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 3004 EDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; LETTER DATED JULY 2, 2008; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET, WELCOME TO THE U.S. DISTRICT COURT, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHTS OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; ECF REGISTRATION INFORMATION HANDOUT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA HANDBOOK.

3. a. Party served: FRANKLIN ARDEN LLC, dba GRAVENSTEIN BUSINESS CENTER
   b. Person served: DALE W. MCKENZIE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   1408 4TH STREET
   SUITE 34
   SAN RAFAEL, CA 94901

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 15, 2008 (2) at: 3:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FRANKLIN ARDEN LLC, dba GRAVENSTEIN BUSINESS CENTER
   Other: LIMITED LIABILITY COMPANY

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 186
      (iii) County: Marin

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jul 16, 2008

   Judicial Council Form POS-010        PROOF OF SERVICE                  (JIM RUIZ)       6428764.fragr-sf.144865
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL