Richard E. Morton (Bar No. 54188)
David W. Evans (Bar No. 79466)
Nairi Chakalian (Bar No. 212976)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant
FRANKLIN ARDEN, LLC. dba GRAVENSTEIN BUSINESS CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES; HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANKLIN ARDEN, LLC. dba GRAVENSTEIN BUSINESS CENTER,<br><br>Defendant. | Case No. CV 08 3004 EDL<br><br>**DEFENDANT FRANKLIN ARDEN, LLC.'s CERTIFICATE OF INTERESTED PERSONS OR ENTITIES**<br><br>Complaint Filed: December 28, 2007 |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding: Craig M. Enyart (10% owner of 7950 Redwood Dr., Cotati, California).

Dated: August 5, 2008

HAIGHT BROWN & BONESTEEL LLP

By: *Nairi Chakalian*
Nairi Chakalian
Attorneys for Defendant
FRANKLIN ARDEN, LLC. dba
GRAVENSTEIN BUSINESS CENTER

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

DH06-0000013
3426532.1

1
Case No. CV 08 3004 EDL
CERTIFICATE OF INTERESTED PERSONS OR ENTITIES