THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>FRANKLIN ARDEN LLC, dba GRAVENSTEIN BUSINESS CENTER,<br><br>            Defendant.<br>_____ | **CASE NO. CV-08-3004-EDL**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:**

///

///

///

///

///

///

///

///

NOTICE OF CHANGE OF FIRM ADDRESS                                                                                                    1

1  PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*,
2  has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the
3  following:     **4328 Redwood Hwy, Suite 300**
4                 **San Rafael, California, 94903**
5  The telephone number and fax number remain the same.

7  Dated: August 27, 2008          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

9                                   By: _____/S/_____
                                          THOMAS E. FRANKOVICH
10                                        Attorneys for Plaintiffs